WILLIAM J. SIMPSON, Respondent, v. PAUL J. KERN, President, FERDINAND Q. MORTON and WALLACE S. SAYRE, as Commissioners, Constituting the Municipal

Civil Service Commission of the City of New York, Appellants.— Judgment unanimously modified by striking out the provision for costs, and as so modified affirmed, without costs of this appeal. Order entered on or about June 17, 1940, unanimously reversed and the motion to vacate the taxation of costs granted. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.